**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| David Faeder, Jr. | CASE NUMBER |
|---|---|
| | 2:18-cv-02604-DDP-GJS |
| PLAINTIFF(S) | |
| v. | |
| ADT, LLC et al | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .

April 26, 2018
Date

*[signature]*
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  Otis D. Wright, II  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  ODW  after the case number in place of the initials of the prior judge so that the case number will read  2:18-cv-02604ODW(GJSx . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (10/16)                          ORDER RETURNING CASE FOR REASSIGNMENT