1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2  wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Attorneys for Defendant
   ADT LLC d/b/a ADT SECURITY SERVICES, INC.

6

7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FAEDER, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADT, LLC d/b/a ADT Security Services, Inc., and DOES 1-10,<br><br>Defendants. | CASE NO.  2:18-cv-02604-ODW(GJSx)<br><br>Hon. Otis D. Wright II<br>Courtroom 5D<br><br>**NOTICE OF SETTLEMENT**<br><br>[L.R. 16-15.7]<br><br>Action Filed:   March 30, 2018<br>Trial Date:      None Set |

1    Pursuant to Local Rule 16-15.7, defendant ADT, LLC hereby **PROVIDES**
2    **NOTICE** to the Court that a settlement has been reached in the above-captioned
3    action as to plaintiff David Faeder, Jr.'s ("Plaintiff") claim, as pled in his operative
4    Complaint (Dkt. 1).  The settlement will dispose of this case in its entirety.  The
5    Court has not certified Plaintiff's claim to proceed on a class-wide basis, and no
6    notice of this action has been delivered to any putative class members.
7    Accordingly, ADT hereby respectfully requests that all court deadlines be
8    vacated and that Plaintiff be allowed 14 days to file a dismissal.

DATED: May 23, 2018                    VENABLE LLP

By: /s/ Witt W. Chang
    Witt W. Chang
Attorneys for Defendant
ADT LLC d/b/a ADT SECURITY SERVICES, INC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1

NOTICE OF SETTLEMENT

20607469