UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 2:18-cv-02604-ODW-GJS | Date | May 24, 2018 |
|---|---|---|---|
| Title | *David Faeder, Jr. v. ADT, LLC et al* | | |

Present: The Honorable   Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not present   Not present

**Proceedings:**   **In Chambers**

In light of Defendants' recent Notice of Settlement (ECF No. 14), the Court **DISMISSES** this action without prejudice. On or before **July 24, 2018**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1]  If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action with prejudice. Fed. R. Civ. P. 41.

The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

:   00

Initials of Preparer   SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.